1  JACOB M. HARPER (State Bar No. 259463)
   jacobharper@dwt.com
2  JAMES H. MOON (State Bar No. 268215)
   jamesmoon@dwt.com
3  MICHAEL S. DRELL (State Bar No. 327127)
   michaeldrell@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   350 South Grand Avenue, 27th Floor
5  Los Angeles, California 90071
   Telephone: (213) 633-6800
6  Fax: (213) 633-6899

7  *Attorneys for Defendant*
   *The Kroger Co.*
8
9  [*Additional Counsel Listed on Signature Page*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MARY TOMASSIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE KROGER CO.,<br><br>Defendant. | Case No. 2:25-cv-05608-JFW-PVC<br><br>**STIPULATION TO FILE AMENDED COMPLAINT AND FOR BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>[*Proposed Order Filed Concurrently*]<br><br>Assigned to the Hon. John F. Walter<br>Courtroom 7A |

STIPULATION TO FILE AMENDED COMPLAINT
AND SET BRIEFING SCHEDULE

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Standing Order § 7 and Local Rule 7-1, Plaintiff Mary Tomassian and Defendant The Kroger Co., Inc. (together, the "Parties"), by and through their respective attorneys, hereby stipulate as follows:

1. Plaintiff filed the Complaint on June 26, 2025.

2. Plaintiff served the Complaint on Defendant on July 2, 2025.

3. Defendant's response to the Complaint was initially due on July 23, 2025.

4. The Parties' counsel conferred on July 16, 2025 and agreed to a 30-day extension of time for Defendant to respond to the Complaint (i.e., from July 23, 2025, to August 22, 2025).

5. On August 14, 2025, the Parties' counsel conferred pursuant to Local Rule 7-3 and Standing Order § 5(b) to discuss Defendant's anticipated motion to dismiss the Complaint.

6. During that conferral, Plaintiff's counsel indicated Plaintiff's intent to amend her Complaint, which would moot any motion to dismiss.

7. Plaintiff's counsel therefore proposed that, in the interest of efficiency for and to conserve the resources of both Parties, the Parties stipulate to Plaintiff's amendment of her Complaint and a subsequent briefing schedule for Defendant's anticipated motion to dismiss Plaintiff's forthcoming amended Complaint to avoid the need to file two separate motions to dismiss.

8. The Court has not yet set a discovery cut-off date, a Pre-Trial Conference date, or a Trial date.

9. The Parties previously extended Defendant's deadline to respond to the initial Complaint by 30 days pursuant to Local Rule 8-3. ECF No. 11. Other than that, the Parties have not previously requested any extensions of court-ordered deadlines.

STIPULATION TO FILE AMENDED COMPLAINT
AND SET BRIEFING SCHEDULE

1

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

THEREFORE, the parties stipulate and request, subject to Court approval, that Parties' deadlines be modified as follows:

1. Plaintiff shall file an amended complaint by August 29, 2025.
2. Defendant's response to the amended complaint (or the initial complaint if an amended complaint is not filed by August 29, 2025) shall be filed by September 19, 2025.
3. Plaintiff's opposition to a motion to dismiss, if any, shall be filed by October 10, 2025.
4. Defendant's reply brief in support of a motion to dismiss, if any, shall be filed by October 24, 2025.

Respectfully submitted,

Dated:  August 15, 2025            DAVIS WRIGHT TREMAINE LLP

By: /s/ Jacob M. Harper
    Jacob M. Harper

*Attorney for Defendant*
*The Kroger Co.*

Dated:  August 15, 2025            MILBERG COLEMAN BRYSON
                                   PHILLIPS GROSSMAN PLLC

By: /s/ Trenton R. Kashima
    Trenton R. Kashima

*Attorney for Plaintiff*
*Mary Tomassian*

2

STIPULATION TO FILE AMENDED COMPLAINT
AND SET BRIEFING SCHEDULE

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

## LOCAL RULE 5-4.3.4 COMPLIANCE

I attest that concurrence in the filing of this document has been obtained from each of the other signatories listed above, in accordance with Local Rule 5-4.3.4.

DATED:  August 15, 2025

/s/ Jacob M. Harper
Jacob M. Harper

3

STIPULATION TO FILE AMENDED COMPLAINT
AND SET BRIEFING SCHEDULE

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899