JACOB M. HARPER (State Bar No. 259463)
  jacobharper@dwt.com
JAMES H. MOON (State Bar No. 268215)
  jamesmoon@dwt.com
MICHAEL S. DRELL (State Bar No. 327127)
  michaeldrell@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant*
*The Kroger Co.*

[*Additional Counsel Listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MARY TOMASSIAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE KROGER CO.,<br><br>　　　　　Defendant. | Case No. 2:25-cv-05608-JFW-PVC<br><br>**JOINT STATEMENT PURSUANT TO LOCAL RULE 7-3 AND STANDING ORDER § 5(B) FOLLOWING CONFERENCE OF LEAD COUNSEL REGARDING DEFENDANT'S ANTICIPATED MOTION TO DISMISS CLASS ACTION COMPLAINT**<br><br>Assigned to the Hon. John F. Walter<br>Courtroom 7A<br><br>Complaint Filed:  June 20, 2025 |

JOINT STATEMENT FOLLOWING CONFERENCE OF COUNSEL

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

1   Plaintiff Mary Tomassian and Defendant The Kroger Co. (together, the
2   Parties) provide this Joint Statement pursuant to Section 5(b) of the Standing Order
3   entered in this action, ECF No. 9, following the August 14, 2025 conference of the
4   Parties' lead counsel regarding Defendant's anticipated motion to dismiss Plaintiff's
5   Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for
6   failure to state a claim upon which relief may be granted.

### Local Rule 7-3 Conference of Lead Counsel

8   On August 14, 2025, Trenton Kashima, lead counsel for Plaintiff and Jacob
9   M. Harper, lead counsel for Defendant, conferred via Zoom videoconference to
10  discuss Defendant's anticipated motion to dismiss Plaintiff's Complaint.  Mr.
11  Kashima was in San Diego, California and Mr. Harper was in Los Angeles,
12  California.  Mr. Kashima and Mr. Harper met for approximately 20 minutes.

13  **Issues discussed.**  The Parties discussed Plaintiff's claims based on Kroger's
14  alleged failure to disclose the presence of heavy metals in its rice product.  During
15  that discussion, which lasted approximately 20 minutes, the Parties identified and
16  discussed certain issues to determine whether they could be resolved through
17  agreement.  The Parties first discussed Defendant's reading of the Complaint that
18  Plaintiff is not asserting any affirmative or partial misrepresentation on the part of
19  Defendant.  The Parties then discussed Defendant's positions that Plaintiff's
20  Complaint should be dismissed because (1) no reasonable consumer would be
21  deceived, as Plaintiff fails to allege that Kroger had (a) a duty to disclose based on
22  an unreasonable safety hazard given the lack of legal standard for limits on heavy
23  metals or (b) that any defect is material, central to function, or meets a requisite
24  *LiMandri* factor (*Hayden v. Bob's Red Mill Nat. Foods, Inc.*, 2024 WL 1643696, at
25  *8 (N.D. Cal. Apr. 16, 2024); *Lopez v. Mead Johnson Nutrition Co.*, 2025 WL
26  895213, at *7 (N.D. Cal. Mar. 24, 2025)); (2) Plaintiff lacks standing to bring her
27  Complaint for lack of injury based on hypothetical threats of heavy metals in the
28  product (*McGee v. S-L Snacks Nat'l*, 982 F.3d 700, 705 (9th Cir. 2020));

1
JOINT STATEMENT FOLLOWING CONFERENCE OF COUNSEL

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

(3) Plaintiff has not adequately alleged her fraud-based claims with the specificity required by Federal Rules of Civil Procedure 9(b) (*Ebner v. Fresh, Inc.*, 838 F.3d 958, 965 (9th Cir. 2016)); and (4) Plaintiff does not adequately allege her Unfair Competition Law, implied warranty of merchantability, or unjust enrichment claims because there was no misrepresentation or other wrongdoing (*Cortez v. Handi-Craft Co., Inc.*, 2025 WL 1452561, at *2 (N.D. Cal. Apr. 29, 2025); *Grausz v. Hershey Co.*, 691 F. Supp. 3d 1178, 1195 (S.D. Cal. 2023)).  The Parties also discussed Defendant's position that (1) Plaintiff failed to plead facts supporting punitive damages (Cal. Civ. Code § 3294(b)), (2) Plaintiff failed to plead facts supporting equitable relief (*Sonner v. Premier Nutrition Corp.*, 971 F.3d 834, 844 (9th Cir. 2020)), and (3) Plaintiff cannot seek relief on behalf of a nationwide class (*Kramer v. Wilson Sporting Goods Co.*, 2013 WL 12133670, at *4 (C.D. Cal. Dec. 13, 2013)).

**Issues resolved.**  Plaintiff indicated that she anticipates amending her Complaint, and Plaintiff proposed the Parties stipulate to (1) her amendment of the Complaint; and (2) a briefing schedule for any subsequent motion to dismiss by Defendant directed at the amended complaint.  This would avoid the need for two separate motions to dismiss to be filed—the first of which would be mooted by amendment.

**Issues remaining.**  The Parties expect to file a stipulation as to Plaintiff's amendment of her Complaint and a briefing schedule for any motion to dismiss the amended complaint.

2
JOINT STATEMENT FOLLOWING CONFERENCE OF COUNSEL

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

| | | |
|---|---|---|
| 1 | DATED: August 15, 2025 | DAVIS WRIGHT TREMAINE LLP |
| 2 | | |
| 3 | | By: /s/ Jacob M. Harper |
| | | Jacob M. Harper |
| 4 | | |
| 5 | | *Attorney for Defendant The Kroger Co.* |
| 6 | DATED: August 15, 2025 | MILBERG COLEMAN BRYSON |
| 7 | | PHILLIPS GROSSMAN PLLC |
| 8 | | By: /s/ Trenton R. Kashima |
| 9 | | Trenton R. Kashima |
| 10 | | *Attorney for Plaintiff Mary Tomassian* |

3
JOINT STATEMENT FOLLOWING CONFERENCE OF COUNSEL

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

## **LOCAL RULE 5-4.3.4 COMPLIANCE**

I, Jacob M. Harper, attest that concurrence in the filing of this document has been obtained from each of the other signatories listed above, in accordance with Local Rule 5-4.3.4.

DATED: August 15, 2025

      /s/ Jacob M. Harper
    Jacob M. Harper

4
JOINT STATEMENT FOLLOWING CONFERENCE OF COUNSEL

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899