| | |
|---|---|
| 1 | JACOB M. HARPER (State Bar No. 259463) |
| | jacobharper@dwt.com |
| 2 | JAMES H. MOON (State Bar No. 268215) |
| | jamesmoon@dwt.com |
| 3 | MICHAEL S. DRELL (State Bars No. 327127) |
| | michaeldrell@dwt.com |
| 4 | DAVIS WRIGHT TREMAINE LLP |
| | 350 South Grand Avenue, 27th Floor |
| 5 | Los Angeles, California 90071 |
| | Telephone: (213) 633-6800 |
| 6 | Fax: (213) 633-6899 |

*Attorneys for Defendant*
*The Kroger Co.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MARY TOMASSIAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE KROGER CO., <br><br> Defendant. | Case No. 2:25-cv-05608-JFW-PVC <br><br> **DECLARATION OF JACOB M. HARPER IN SUPPORT OF DEFENDANT THE KROGER CO.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT** <br><br> [*Notice of Motion and Motion; Memorandum of Points and Authorities; Request for Judicial Notice; and Proposed Order Filed Concurrently*] <br><br> Date: November 3, 2025 <br> Time: 1:30 p.m. <br> Location: Courtroom 7A <br><br> Assigned to the Hon. John F. Walter <br> Courtroom 7A <br><br> Complaint Filed: June 20, 2025 |

DECLARATION OF JACOB M. HARPER IN SUPPORT OF KROGER'S MOTION TO DISMISS

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

# DECLARATION OF JACOB M. HARPER

I, Jacob M. Harper, declare and state as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for defendant The Kroger Co. (Kroger) in this matter. I make this declaration in support of Kroger's Motion to Dismiss First Amended Class Action Complaint. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. On August 14, 2025, I conferred with Ms. Tomassian's counsel regarding Kroger's anticipated motion to dismiss the Complaint as set forth in the parties' joint statement. ECF No. 15. In particular, I explained Kroger's position that the Complaint should be dismissed because (1) no reasonable consumer would be deceived, as Ms. Tomassian fails to allege that Kroger had (a) a duty to disclose based on an unreasonable safety hazard given the lack of legal standard for limits on heavy metals or (b) that any defect is material, central to function, or meets a requisite *LiMandri* factor (*Hayden v. Bob's Red Mill Nat. Foods, Inc.*, 2024 WL 1643696, at *8 (N.D. Cal. Apr. 16, 2024); *Lopez v. Mead Johnson Nutrition Co.*, 2025 WL 895213, at *7 (N.D. Cal. Mar. 24, 2025)); (2) Ms. Tomassian lacks standing to bring her Complaint for lack of injury based on hypothetical threats of heavy metals in the product (*McGee v. S-L Snacks Nat'l*, 982 F.3d 700, 705 (9th Cir. 2020)); (3) Ms. Tomassian has not adequately alleged her fraud-based claims with the specificity required by Federal Rules of Civil Procedure 9(b) (*Ebner v. Fresh, Inc.*, 838 F.3d 958, 965 (9th Cir. 2016)); and (4) Ms. Tomassian does not adequately allege her Unfair Competition Law, implied warranty of merchantability, or unjust enrichment claims because there was no misrepresentation or other wrongdoing (*Cortez v. Handi-Craft Co., Inc.*, 2025 WL 1452561, at *2 (N.D. Cal. Apr. 29, 2025); *Grausz v. Hershey Co.*, 691 F. Supp. 3d 1178, 1195 (S.D. Cal. 2023)). I also explained Kroger's position that (1) Ms. Tomassian failed to plead facts supporting punitive damages (Cal. Civ. Code § 3294(b)), (2) Ms. Tomassian failed to plead

2

DECLARATION OF JACOB M. HARPER IN SUPPORT OF KROGER'S MOTION TO DISMISS

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

facts supporting equitable relief (*Sonner v. Premier Nutrition Corp.*, 971 F.3d 834, 844 (9th Cir. 2020)), and (3) Ms. Tomassian cannot seek relief on behalf of a nationwide class (*Kramer v. Wilson Sporting Goods Co.*, 2013 WL 12133670, at *4 (C.D. Cal. Dec. 13, 2013)). Ms. Tomassian indicated that she anticipated amending her Complaint.

3. Ms. Tomassian filed her amended complaint on August 29, 2025. ECF No. 19. On September 11, my colleagues, James Moon and Michael Drell, conferred with Ms. Tomassian's counsel again regarding Kroger's anticipated motion to dismiss on the same grounds. ECF No. 21. In particular, Mr. Moon explained Kroger's position that the First Amended Complaint (FAC) did not resolve the shortcomings previously identified in the Complaint and the FAC should be dismissed for the same reasons. Ms. Tomassian's counsel agreed that her claims are based solely on omissions and not affirmative misrepresentations, but otherwise disagreed on the legal issues outlined above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 19th day of September, 2025, at Los Angeles, California.

                                     /s/ Jacob M. Harper
                                         Jacob M. Harper

3

DECLARATION OF JACOB M. HARPER IN SUPPORT OF
KROGER'S MOTION TO DISMISS

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899