JACOB M. HARPER (State Bar No. 259463)
jacobharper@dwt.com
JAMES H. MOON (State Bar No. 268215)
jamesmoon@dwt.com
MICHAEL S. DRELL (State Bar No. 327127)
michaeldrell@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant*
*The Kroger Co.*

[*Additional Counsel Listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

MARY TOMASSIAN, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

THE KROGER CO.,

Defendant.

Case No. 2:25-cv-05608-JFW-PVC

**JOINT REPORT PURSUANT TO SCHEDULING ORDER RE: RESULTS OF SETTLEMENT CONFERENCE/MEDIATION**

Assigned to the Hon. John F. Walter
Courtroom 7A

Complaint Filed: June 20, 2025



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

Plaintiff Mary Tomassian and Defendant The Kroger Co. (together, the Parties) provide this Joint Report pursuant to the Court's Scheduling and Case Management Order, ECF No. 28.

**Results of Settlement Conference/Mediation**

The parties have reached an agreement in principle to settle all remaining claims in this case and have therefore opted not to mediate.

DATED: August 7, 2026

DAVIS WRIGHT TREMAINE LLP

By: /s/ James H. Moon
James H. Moon

*Attorney for Defendant The Kroger Co.*

DATED: August 7, 2026

BRYSON HARRIS SUCIU & DEMAY PLLC

By: /s/ Trenton R. Kashima
Trenton R. Kashima

*Attorney for Plaintiff Mary Tomassian*



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

## LOCAL RULE 5-4.3.4 COMPLIANCE

I, James H. Moon, attest that concurrence in the filing of this document has been obtained from each of the other signatories listed above, in accordance with Local Rule 5-4.3.4.

DATED: August 7, 2026

/s/ James H. Moon
James H. Moon



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FL
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899